UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnnie Hall,                                                      Civil No.  05-2448 PJS/RLE

          Plaintiff,

v.                                                                 ORDER OF DISMISSAL

Qwest Corporation,

          Defendant.


The Court having been advised that this action has been settled,

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: July 18, 2006

                                                    s/Patrick J. Schiltz
                                                    PATRICK J. SCHILTZ
                                                    United States District Court Judge